IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUSSEL BUSTER, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:21-cv-137-TFM-M |
| | ) | |
| B&D MARITIME, INC, | ) | |
| RANDY W. BOGGS, | ) | |
| TCJ HOLDINGS, LP, | ) | |
| WILLIAMS MANAGEMENT LLC | ) | |
| and THOMAS P. WILLIAMS, JR., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| B&D MARITIME, INC., AS OWNER | ) | |
| OF THE WEATHER OR KNOT | ) | |
| FOR EXONERATION FROM OR | ) | |
| EXONERATION FROM OR | ) | |
| LIMITATION OF LIABILITY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TCJ HOLDINGS, LP, AS OWNER | ) | |
| OF THE ASHLEY MARIE GRACE, | ) | |
| FOR EXONERATION FROM OR | ) | |
| LIMITATION OF LIABILITY. | ) | |

**ORDER APPROVING TCJ HOLDINGS, LP'S LETTER OF UNDERTAKING,
RESTRAINING PROSECUTION OF CLAIMS, DIRECTING ISSUANCE OF NOTICE
AND SETTING DEADLINE TO ASSERT CLAIMS**

Pending before the Court is *TCJ Holdings, LP's Motion for Interim Relief and for Entry of a Concursus Order* (Doc. 20, filed June 23, 2021). Having filed a Third-Party Complaint for Exoneration from or Limitation of Liability ("Limitation Complaint") (Doc. 18), TCJ Holdings, LP, as owner of the vessel ASHLEY MARIE GRACE, seeks exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq.*, 46 U.S.C. §§ 30101, *et seq.*, and Rule F of the

*Supplemental Rules for Certain Admiralty or Maritime Claims* of the *Federal Rules of Civil Procedure*, for loss, damage or injury, caused, occasioned, or occurring as a result of the incident occasioned on September 16, 2020, as is more fully described in the Limitation Complaint.

The Limitation Complaint having stated the value of TCJ Holdings, LP's interest in the ASHLEY MARIE GRACE at the end of such voyage and any pending freight does not exceed $324,478.14 as set forth in the Third-Party Complaint and its sworn Declaration of Vessel Value. *See* Doc. 18 generally.

TCJ Holdings, LP submitted to the Court, as security for the benefit of claimants, a letter of undertaking not less than equal to the amount or value of TCJ Holdings, LP's interest in the ASHLEY MARIE GRACE and her pending freight in the sum of $325,478.14 - which includes the $324,478.14 value plus security for costs in the sum of $1,000.00 pursuant to S.D. ALA. CIV. R. 105(a), with interest at six (6%) percent per annum from its date, executed by a duly authorized agent for TCJ Holdings, LP's liability insurer. *See* Doc.18-2; Doc. 19.

Accordingly, *TCJ Holdings, LP's Motion for Interim Relief and for Entry of a Concursus Order*, (Doc. 20) is **GRANTED**. The Court finds the Motion to be in compliance with Rule F(1), *Supplemental Rules for Certain Admiralty and Maritime Claims*, and **ORDERS** as follows:

1) The above-described Letter of Undertaking deposited by TCJ Holdings, LP with the Court for the benefit of claimants, in the amount of $325,478.14, as security for value of the *Ashley Marie Grace* and its pending freight and as security for costs, plus 6% per annum interest, is **ACCEPTED** and **APPROVED**, subject to the right of any claimant to petition the Court for an increase in such security.

2) Notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Third-Party Complaint for Exoneration from or Limitation of Liability, admonishing them to file their respective claims with the Clerk of Court in writing, and to

serve on counsel for TCJ Holdings, LP, a copy thereof on or before **September 3, 2021**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for TCJ Holdings, LP an Answer to the Third-Party Complaint for Exoneration from or Limitation of Liability on or before the said date, unless his claim has included an Answer to the Third-Party Complaint for Exoneration from or Limitation of Liability, so designated, or be defaulted.

3) The aforesaid notice shall be published in the *Mobile Press-Register* once a week, for four consecutive weeks, prior to the date fixed with the filing of claims, as provided by F. R. Civ. P. Supp. F and copies of the notice shall also be mailed to any known claimants. Petitioner TCJ Holdings, LP is responsible for coordinating with the U.S. Marshal and the *Mobile Press-Register* as to the publication dates.

4) The further prosecution of any and all actions, suits, claims and proceedings already commenced and the commencement or prosecution hereafter of any and all suits, actions or proceedings of any nature in any jurisdiction, against TCJ Holdings, LP, the *Ashley Marie Grace*, their employees and/or insurers arising from the incident occasioned on September 16, 2020, as is more fully set forth in the Third-Party Complaint for Exoneration from or Limitation of Liability, are hereby **RESTRAINED, STAYED,** and **ENJOINED** until the hearing and determination of this action exclusively.

5) Service of this Order as a restraining order may be made by mailing a conformed copy thereof by certified mail to the person or persons to be restrained or to their respective counsel, or alternatively, delivered by hand.

**DONE** and **ORDERED** on this, the 6th day of July 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE