IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUSSEL BUSTER, | ) |
|    Plaintiffs, | ) ) ) |
| v. | ) ) Civ. Act. No.: 1:21-cv-00137-TFM-M |
| B&D MARITIME, INC, <br> RANDY W. BOGGS, <br> TCJ HOLDINGS, LP, <br> WILLIAMS MANAGEMENT LLC <br> and THOMAS P. WILLIAMS, JR., | ) ) ) ) ) ) |
|    Defendants, | ) ) |
| and | ) ) |
| B&D MARITIME, INC., AS OWNER <br> OF THE WEATHER OR KNOT <br> FOR EXONERATION FROM OR <br> EXONERATION FROM OR <br> LIMITATION OF LIABILITY, | ) ) ) ) ) ) |
| and | ) ) |
| TCJ HOLDINGS, LP, AS OWNER <br> OF THE ASHLEY MARIE GRACE, <br> FOR EXONERATION FROM OR <br> LIMITATION OF LIABILITY. | ) ) ) ) |

**ORDER**

Pending before the Court is Defendants *B&D Marine, Inc.*[1] *and Randy Boggs' Motion for Entry of Default Against Non-Appearing Claimants* (Doc. 29, filed 07/23/21). Defendant B&D Maritime, Inc. and Defendant Randy Boggs (collectively, "Defendants") move this Court for an entry of default and final judgment against all non-appearing claimants. On July 26, 2021,

---

[1] The Court construes this as a scrivener's error and assumes Defendants intended B&D Maritime instead of B&D Marine.

Claimant Marina Village Owners Association, LLC ("Marina Village") filed *Marina Village Owners Association, Inc.'s Response and Objection to B&D Maritime, Inc.'s and Randy Boggs' Motion for Entry Motion for Entry of Default Against Non-Appearing Claimants* (Doc. 30, filed 07/26/21). Marina Village contends that Defendants' motion for entry of default incorrectly states that only Russel Buster asserted a claim against them. Docs. 29 at ¶ 5; 30 at ¶ 1. Marina Village argues that the Court should not enter entry of default against it because it filed its claim (Doc. 26) against Defendants before the motion for entry of default was filed.

Ultimately, this is a question of timing. Defendants are correct in that the claims were originally due on or before June 23, 2021. *See* Doc. 9-1. Marina Village did not file its claim until July 14, 2021. But, in general, defaults are disfavored and the resolution of a case on its merits is preferred. *Florida Physician's Insurance v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993). The record is clear that Marina Village filed its answer/claim *prior* to the instant motion for default judgment. Therefore, for good cause shown, the Court finds that Defendants' motion (Doc. 29) is due to be **DENIED** as to Marina Village. To the extent there are any other non-appearing claimants, the Court construes the motion as an Application for Entry of Default pursuant to Fed. R. Civ. P. 55(a) and **REFERS** the application to the Clerk of Court.

Also pending before the Court is Third-Party Claimant *TCJ Holdings, L.P.'s Motion for Entry of Default Judgment against Non-Appearing Claimants* (Doc. 64, filed 11/09/21). On June 23, 2021, TCJ Holdings, L.P. ("TCJ") filed its Third-Party Complaint for Exoneration from or Limitation of Liability. Doc. 18. Subsequently, Russel Buster filed an Answer and claim in response (Doc. 21, filed 06/25/21). On November 5, 2021, Russell Buster and Marina Village ("Claimants") filed their *Second Answer and Claims of Russell Buster and Marina Village Owners Association, LLC to/Against TCJ Holdings, LP, Williams Management, LLC, and Thomas P.*

*Williams, Jr. B&D Maritime, Inc. and Randy W. Boggs* (Doc. 63), wherein Claimants deny that petitioners/defendants are entitled to exoneration or limitation of liability. Accordingly, TCJ moves this Court for entry of default and final judgment in its favor against all non-appearing claimants. *Id*. The Court construes TCJ's motion (Doc. 64) as an Application for Entry of Default pursuant to Fed. R. Civ. P. 55(a) and **REFERS** the application to the Clerk of Court.

Should the Clerk of Court enter default, the parties may re-submit their motions for default judgment along with supporting documentation and a proposed order. The proposed orders shall be electronically filed as an exhibit to the motion, but also shall be sent in Microsoft Word format to efile_moorer@alsd.uscourts.gov.

**DONE** and **ORDERED** this 22nd day of February, 2022.

                                          s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES DISTRICT JUDGE