# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RUSSEL BUSTER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No.: 1:21-cv-00137-TFM-B |
| | ) |
| **B&D MARITIME, INC,** | ) |
| **RANDY W. BOGGS, and** | ) |
| **TCJ HOLDINGS, LP,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT'S NOTICE OF SETTLEMENT

COMES NOW, Defendant TCJ Holdings, LP, ("TCJ"), by and through undersigned counsel, and files this Notice of Settlement of all claims and charges filed against it by Plaintiff Russel Buster in the instant cause of action. Counsel for TCJ and Plaintiff are in the process of preparing and finalizing the Settlement Agreement and Stipulation of Dismissal. Defendant TCJ is filing this Notice with Plaintiff's approval and permission.

Respectfully submitted this the 13th day of November 2023.

*s/Gabrielle E. Reeves*
CHRISTINA MAY BOLIN
GABRIELLE E. REEVES
*Attorneys for Defendant TCJ Holdings, LP*

**OF COUNSEL**
**Christian & Small LLP**
I Timber Way, Ste. 101
Daphne, AL  36527
Phone: 251-432-1600
Email:  cmbolin@csattorneys.com
           gereeves@csattorneys.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 13th day of November 2023 submitted the above through the Court's CM/ECF system which will electronically serve all counsel of record.

                                               *s/Gabrielle E. Reeves*
                                               COUNSEL

4092272.1