IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUSSEL BUSTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-137-TFM-B |
| B&D MARITIME, INC. and RANDY BOGGS, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion issued on this same date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is hereby entered in favor of Plaintiff Russel Buster and against Defendants, B&D Maritime, Inc. and Randy Boggs. Defendants B&D Maritime, Inc. and Randy Boggs are jointly and severally liable for damages awarded in the amount of **$666,058.47**. Costs are taxed against the Defendant.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 15th day of December, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE